Dismissed and Memorandum Opinion filed May 7, 2009








Dismissed
and Memorandum Opinion filed May 7, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01057-CV

____________

 

BCB INTEREST, L.L.C. d/b/a GULF COAST
FORD-NISSAN-TOYOTA

and MICHAEL AHART, Appellants

 

V.

 

EUGENE WALLACE and THELMA WALLACE, Appellees

 



 

On Appeal from the 412th District Court 

Brazoria County,
Texas

Trial Court Cause
No. 39,734

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 19, 2008.  This Court referred the case
to mediation on December 11, 2008.  On March 9, 2009, appellees advised this
Court that the case had settled in mediation.  On April 28, 2009, appellees 
filed a motion to dismiss the appeal because all issues have been fully
resolved.  See Tex. R. App. P.
42.1.  The motion is granted.








Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.